IN THE CIRCUIT COURT IN AND FOR OKALOOSA COUNTY, FLORIDA

ANTHONY SHEAD,

    Plaintiff,

vs.                                CASE NO.:

NICOLE HANSON,

    Defendant.

_____/

## **COMPLAINT**

Plaintiff, ANTHONY SHEAD, sues Defendant, NICOLE HANSON, and alleges:

1. This is an action for damages in excess of Fifty Thousand and no/100 ($50,000.00) Dollars.

2. On or about August 16, 2023, Defendant Nicole Hanson, owned and negligently operated a motor vehicle in Okaloosa County, Florida, so that it collided with a motor vehicle Plaintiff was driving.

3. As a result, Plaintiff, Anthony Shead, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expenses of hospitalization, medical and nursing care and treatment, loss of earnings, and loss of ability to earn money. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE, Plaintiff, ANTHONY SHEAD, demands judgment for damages against the Defendant, NICOLE HANSON, in excess of the Court's

jurisdictional limits, exclusive of costs, interest and attorneys' fees and further demands a trial by jury.

Dated this 7th day of August 2025.

_____
CHAD D. CAMPER
FL Bar No.:  048944
DEAN & CAMPER, P.A.
1982 Lewis Turner Blvd., Suite A
Fort Walton Beach, FL 32547
Telephone:   (850) 796-3077
Facsimile:    (850) 796-0323
Attorneys for Plaintiffs
Primary Designated Email Address:
chad@deancamper.com
Secondary Designated Email Address:
amber@deancamper.com