IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| CHARLES LEWIS,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 3:25-cv-01818-MCR-HTC |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Bradley K. Baker, Trial Counsel, Civil Division, United States Department of Justice, enters his appearance as counsel representing the United States of America.

Dated: November 13, 2025          Respectfully submitted,

                                              BRETT A. SHUMATE
                                              Assistant Attorney General
                                              Civil Division
                                              U.S. Department of Justice

                                              JOHN SPACCAROTELLA
                                              Assistant United States Attorney
                                              Northern District of Florida

                                              <u>/s/ Bradley Baker</u>
                                              BRADLEY K. BAKER
                                              Trial Attorney

United States Department
of Justice, Civil Division,
Torts Branch
Post Office Box 14271
Washington, DC
20044-4271
Texas Bar No. 24110601
Telephone: (202) 818-9745
Email: Bradley.K.Baker@usdoj.gov

Attorneys for the United States of
America